EXHIBIT # 1
PHOTOGRAPH

