UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY P. MANGO,

    Plaintiff,

v.                                   Case No.: 21-cv-1260

EXTENSIVE ENTERPRISES MEDIA L.L.C.,

    Defendant.

_____/

## NOTICE OF RESOLUTION

Pursuant to M.D. Fla. Local Rule 3.09, Plaintiff Gregory P. Mango and Defendant Extensive Enterprises Media L.L.C., by and through their respective undersigned counsel, notify the Court that the parties have agreed to resolve all of this action, and that Plaintiff expects to dismiss this action with prejudice within 45 days.

    Respectfully submitted,

Dated: August 11, 2021

BARSHAY SANDERS, PLLC
By: /s/ Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@barshaysanders.com
*Attorneys for Plaintiff*

Dated: August 11, 2021

/s/ Michael A. Kolcun
Michael A. Kolcun
Florida Bar No. 86043
Primary: Michael.Kolcun@arlaw.com
Secondary: Ann.Jones@arlaw.com
ADAMS AND REESE LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, Florida 33602
(813) 402-2880
*Attorneys for Defendant*

1